**NJID 825580**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOSEPH J. ROVITO A/K/A | |
| JOSEPH ROVITO | : CASE NO. 19-19613-VFP |
| KAREN A. ROVITO A/K/A | |
| KAREN ROVITO | **: NOTICE OF MOTION FOR** |
| | **: RELIEF FROM AUTOMATIC** |
| | **: STAY PURSUANT TO 11 USC** |
| Debtor(s) | **: SECTION 362(d)** |

JOSEPH J. ROVITO
15 WEST 19TH STREET
WEEHAWKEN, NJ 07086

KAREN A. ROVITO
15 West 19th Street
WEEHAWKEN, NJ 07086

JOSEPH J. ROVITO
1088 OLD FREEHOLD ROAD DOVER TOWNSHIP, NJ 08753-5260

KAREN A. ROVITO
1088 OLD FREEHOLD ROAD DOVER TOWNSHIP, NJ 08753-5260

RUSSELL L. LOW
LOW & LOW
505 MAIN STREET
SUITE 304
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13 (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay against the property commonly known as 1088 OLD FREEHOLD RD, DOVER TOWNSHIP, NJ 08753-5260.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before *07/11/2019* you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| /s/ Nicholas V. Rogers<br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com | MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD, NJ 07004<br><br>U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE |

ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 07/18/2019 at 10:00 a.m. at the United States Bankruptcy Courthouse, 50 Walnut Street, Newark, NJ 07102, before the Honorable Vincent F. Papalia, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: June 4, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com