| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>825580<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13 | |
| In Re:<br><br>Joseph Rovito<br>Karen Rovito | Case No: 19-19613 - VFP<br><br>Hearing Date: 07/18/2019 @ 10:00 am<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

1. I, Wes Trunell:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13 in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 4, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Motion for Relief

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 4, 2019                                         /s/ *Wes Trunell*
                                                                Wes Trunell

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JOSEPH J. ROVITO<br>15 WEST 19TH STREET<br>WEEHAWKEN, NJ 07086 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| JOSEPH J. ROVITO<br>1088 OLD FREEHOLD ROAD<br>DOVER TOWNSHIP, NJ 08753-5260 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| KAREN A. ROVITO<br>1088 OLD FREEHOLD ROAD<br>DOVER TOWNSHIP, NJ 08753-5260 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| KAREN A. ROVITO<br>15 WEST 19TH STREET<br>WEEHAWKEN, NJ 07086 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| RUSSELL L. LOW<br>LOW & LOW<br>505 MAIN STREET<br>SUITE 304<br>HACKENSACK, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.